UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DIVERSIFIED METAL PRODUCTS, INCORPORATED, an Idaho corporation,<br><br>    Plaintiff,<br>v.<br><br>ODOM INDUSTRIES, INC., an Ohio corporation<br><br>    Defendant. | Case No. 1:12-cv-00162-BLW<br><br>**ORDER** |

Based upon the denial of DMP's motion to dismiss by the United States District Court for the Southern District of Ohio, and this Court's earlier decision staying this case until that Court issued its decision,

**IT IS HERBY ORDERED THAT** the stay be lifted and that this case be **DISMISSED IN ITS ENTIERY**.

DATED: October 1, 2012

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 1**